[No. 10352–8–III.  Division Three.  March 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RAMON
ARAMBULA DOMINGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89–1–00968–0, Stephen M. Brown, J., entered October 18, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.

[No. 10473–7–III.  Division Three.  March 7, 1991.]

KAREN KAY HOWELL, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89–2–00195–0, Heather Van Nuys, J., entered December 8, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 10026–0–III.  Division Three.  March 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
SAMUEL RICE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89–1–00232–4, Stephen M. Brown, J., entered April 19, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Shields, J.